# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00385-CV

**Joe Y. Rogers, III, Appellant**

**v.**

**Sandra Rogers Miller, Appellee**

---

### FROM THE COUNTY COURT AT LAW #4 OF WILLIAMSON COUNTY
### NO. 17-0461-CP4, THE HONORABLE JOHN MCMASTER, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due on August 28, 2018. On appellant's motions, the time for filing was extended to December 3, 2018. Appellant has now filed a third motion requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than January 11, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a); *id.* R. 42.3.

It is ordered on December 21, 2018.

Before Chief Justice Rose, Justices Field and Toth